UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREESTYLE SLIDES, INC. A FLORIDA
CORPORATION,

    Plaintiff,

v.                                                                      CASE NO.: 6:17-cv-169-ORL-41-GJK

SUPER SWEET AIR, INC. D/B/A FUNAIR,
A TEXAS CORPORATION, NATIONAL
MARINE SUPPLIERS, INC., A FLORIDA
CORPORATION, MARK ANASTASIA, AN
INDIVIDUAL, and ERIC GOLDREYER, AN
INDIVIDUAL,

    Defendant
_____/

### DEFENDANT, MARK ANASTASIA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, MARK ANASTASIA, by and through the undersigned counsel, moves the Court for an extension of time until April 7, 2017, to serve a responsive pleading to Plaintiff's Complaint, and in support states as follows:

Plaintiff, Freestyle Slides, Inc., filed this action on January 31, 2017, alleging 13 counts for common law trade dress infringement, copyright infringement, false and misleading advertising under Federal and Florida law, civil conspiracy, conversion, and unjust enrichment against Defendants Super Sweet Air, Inc., d/b/a Funair ("Funair"); National Marine Suppliers, Inc.; Mark Anastasia; and Eric Goldreyer.

Defendant, Mark Anastasia, was served with process on February 4, 2017, and his response to the Complaint is currently due on February 27, 2017. The undersigned counsel is currently investigating the allegations in Plaintiff's Complaint and needs additional time to research, investigate, and evaluate the specific allegations to formulate an appropriate response.  This motion is made in good faith and not for the purposes of delay.  Additional time is necessary due to the allegations of infringement spanning a 15-year timeframe and because Anastasia was on a scheduled working trip to China for more than a week between the time the Complaint was served on him and today.  Anastasia is also out-of-state today and is scheduled to depart for China tomorrow for another work-related trip.

Plaintiff has granted Funair and Eric Goldreyer an extension of time until April 7, 2017, to file a responsive pleading, but it has refused to grant Anastasia any extension of time.  Despite diligent efforts in retaining and conferring with counsel, Anastasia is unable to fully evaluate Plaintiff's allegations to form a responsive pleading at this time. Accordingly, Anastasia respectfully requests the Court grant him an extension of time, until April 7, 2017, to file a responsive pleading.

**Local Rule 3.01(g) Certificate**

Pursuant to Local Rule 3.01(g), counsel certifies that they have conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in this motion. Plaintiff's counsel opposes any extension of time for Anastasia to file a responsive pleading.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of February, 2017, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendants SUPER SWEET AIR, INC. D/B/A FUNAIR, MARK ANASTASIA, And ERIC GOLDREYER*

Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Telephone (321) 972-0025
Facsimile (321) 972-0099
Primary e-mail:
christina.gierke@csklegal.com
Secondary e-mail:
jeffrey.partlow@csklegal.com
Alternative e-mail:
meghan.falk@csklegal.com

By: s/ Jeffrey M. Partlow
CHRISTINA BREDAHL GIERKE
Florida Bar No.: 55462
JEFFREY M. PARTLOW
Florida Bar No.: 110627

1919.0367-00/5788387